UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

MARLON MOLINA-DOMINGUEZ,
Institutional ID No. 079620222

    Petitioner,

v.

U.S. ATTORNEY, *et al.*,

    Respondents.

No. 6:22-CV-00020-H

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that the petition for writ of habeas corpus is dismissed for lack of jurisdiction.

Dated May 26, 2022.

_____
JAMES WESLEY HENDRIX
United States District Judge